**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR626-007 |
| | ) | |
| JUAN CARLOS MARTINEZ-PEREZ | ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Tina E. Maddox** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Tina E. Maddox** be granted leave of absence for the following periods: November 25, 2026 through November 27, 2026; December 23, 2026 through January 1, 2027; February 11, 2027 through February 12, 2027; March 12, 2027; May 27, 2027 through May 28, 2027; June 1, 2027; June 4, 2027; June 7, 2027 through June 11, 2027; June 28, 2027 through July 2, 2027; and July 12, 2027 through July 16, 2027.

**SO ORDERED**, this the 6th day of October, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA